**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A., | Case No. 21-cv-05133 |
| Plaintiff, | **Judge Gary Feinerman** |
| v. | **Magistrate Judge M. David Weisman** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | |
| Defendants. | |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Christian Dior Couture, S.A.'s ("Plaintiff" or "Dior") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases").

The Court finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and, on information and belief, have sold products bearing unauthorized copies of the Dior Copyrighted Designs (including U.S. Copyright Registration Nos. VA 657-906, VA 655-762, VA 657-903, VA

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces and Domain Names.

657-904, and VA 657-905) and/or using infringing and counterfeit versions of the CHRISTIAN

DIOR Trademarks (a list of which is included in the chart below) to residents of Illinois.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 543,994 | CHRISTIAN DIOR | June 19, 1951 | For: Handbags and pocketbooks in Class 018. |
| 580,207 | CHRISTIAN DIOR | September 22, 1953 | For: Jewelry for personal wear, not including watches-namely, trinkets, necklaces, bracelets, finger rings, earrings, brooches, and ornamental clips made in whole of, in part of, or plated with precious metals in class 014. |
| 954,404 | CHRISTIAN DIOR | March 6, 1973 | For: Eyeglass frames, sunglasses and eyeglass cases in Class 009. |
| 1,123,944 | CD | August 14, 1979 | For: Optical apparatus – namely, eyeglass frames in Class 009.<br><br>For: Jewelry and horological instruments – namely, women's costume jewelry, bracelets, and watches for men and women in Class 014.<br><br>For: Articles made from leather and imitations thereof, namely, luggage for men and women in Class 018.<br><br>For: Women's blouses, skirts, dresses, jackets, suits, coats; Men's suits, belts and sport jackets in Class 025. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 1,776,536 |  | June 15, 1993 | For: Carry-on bags; change purses; clutch bags; clutch purses; golf umbrellas; handbags; luggage; passport cases, holders or wallets; pocketbooks; purses; shoulder bags; all-purpose sports bags; suitcases; tote bags; travel bags; and wallets in Class 018.<br><br>For: Clothing for use by men, women and children; namely, blouses; gloves; vests in Class 025. |
| 1,872,313 |  | January 10, 1995 | For: Eyeglass frames and parts thereof; sunglasses in Class 009.<br><br>For: Rings in Class 014. |
| 1,923,564 | Dior | October 3, 1995 | For: Belt buckles of precious metals for clothing; brooches; charms; costume jewelry; ear clips; jewelry; jewelry lapel pins; ornamental pins; pendants; watch bands; watch chains; watch fobs; and watches in Class 014.<br><br>For: billfolds; business card cases; carry-on bags; change purses; clutch bags; clutch purses; coin purses; credit card cases; drawstring pouches; handbags; key cases; overnight bags; passport cases, holders or wallets; purses; shoulder bags; and wallets in Class 018. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 2,240,163 |  | April 20, 1999 | For: clutch bags, change purses, pocketbooks, purses, wallets in class 018. |
| 3,561,323 |  | January 13, 2009 | For: optical apparatus and instruments, namely, spectacles, sunglasses, spectacle cases, and spectacle frames in Class 009. |
| 2,749,176 |  | August 12, 2003 | For: Athletic bags; attache cases; baby carriers worn on the body; backpacks; beach bags; beach umbrellas; billfolds; book bags; briefcase-type portfolios; briefcases; business card cases; carry-on bags; non-motorized collapsible luggage carts; change purses; clutch bags; clutch purses; coin purses; cosmetic cases sold empty; credit card cases; diaper bags; document cases; drawstring pouches; duffel bags; fanny packs; felt pouches; garment bags for travel; golf umbrellas; gym bags; handbags; hat boxes for travel; key cases; knapsacks; luggage; overnight bags; overnight cases; parasols; passport cases, holders and wallets; patio umbrellas; pocketbooks; purses; satchels; school bags; shoe bags for travel; leather shopping bags; mesh shopping bags; textile shopping bags; shoulder bags; all-purpose sports bags; suitcases; toiletry cases sold |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | empty; tote bags; travel bags; trunks for traveling; umbrellas; valises; vanity cases sold empty; waist packs; wallets in Class 018. <br><br> For: Clothing for use by men, women and children; namely, anoraks; aprons; ascots; babushkas; bandannas; bathing suits; bathrobes; belts; blazers; blouses; blousons; bodysuits; boleros; boots; boxer shorts; brassieres; briefs; baby buntings; caftans; camisoles; capes; caps; cardigans; chemises; clogs; cloth diapers; fur coats; suit coats; top coats; corselets; culottes; dresses; earmuffs; galoshes; garter belts; girdles; gloves; nightgowns; halter tops; hats; headbands; hosiery; jackets; jeans; jogging suits; jumpers; jumpsuits; kerchiefs; kimonos; leggings; leotards; loungewear; mittens; moccasins; mufflers; neckerchiefs; neckties; neckwear; negligees; nightshirts; overalls; overcoats; overshoes; pajamas; panties; pants; pantsuits; pantyhose; parkas; pedal pushers; peignoirs; pinafores; playsuits; pocket squares; ponchos; pullovers; raincoats; sandals; scarves; shawls; shirts; shorts; undershirts; shoes; sweat shorts; skirts; ski suits; slacks; snowsuits; socks; sport coats; sport shirts; stockings; stoles; suits; suspenders; sweat pants; |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | sweatshirts; sweaters; t-shirts; trousers; tuxedos; underpants; vests; vested suits; and warm-up suits in Class 025. |
| 5,173,476 | DIOR SO REAL | April 4, 2017 | For: Eyeglasses, sunglasses, goggles for sports; spectacle frames, spectacle cases; containers for contact lenses; protective cases, bags, satchels and covers for computers, tablets, mobile telephones and MP3 players in Class 009. |
| | | | For: Jewelry; precious stones; precious metals and their alloys, jewelry bracelets, jewelry brooches, jewelry necklaces, jewelry chains, medals, pendants, earrings, rings, charms, tie pins; cuff links; key rings of precious metals; jewelry cases; boxes of precious metal; boxes, cases and presentation cases for timepieces and jewelry; timepieces, chronometric instruments, watches, watch bands in Class 014. |
| | | | For: Leather and imitation leather; animal skins and furs; trunks and suitcases; wallets; coin purses; credit card holders; briefcases of leather or imitation leather; key cases of leather or imitation leather; garment bags for travel; all-purpose carrying bags, backpacks, handbags, traveling bags; vanity cases sold empty; clutch bags of leather; toiletry and make-up bags sold empty; boxes of |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | leather; umbrellas in Class 018. |
| 5,505,434 | J'ADIOR | July 3, 2018 | For: Eyeglasses, sunglasses, goggles for sports; spectacle frames, spectacle cases; protective cases, bags, satchels and covers for computers, tablets, mobile telephones and MP3 players; cases for telephones, protective cases for telephones in Class 009.<br><br>For: Jewelry, jewelry articles; precious and semi-precious stones; pearls; precious metals and their alloys; items of jewelry, namely, bracelets, brooches, necklaces, chains, medals, pendants, earrings, rings, and charms; tie pins; cuff links; key rings; jewelry cases; boxes of precious metals; presentation boxes and cases for jewelry and timepieces; timepieces; chronometric instruments; watches; watch bands; watch dials; chronographs in Class 014.<br><br>For: Leather and imitation leather; animal skins and fur pelts; trunks and suitcases; wallets; coin purses; credit card holders; briefcases of leather or imitation leather; attaché cases and document cases of leather and imitation leather; protective covers for clothing, namely, garment bags for travel; key cases of leather or imitation leather; all-purpose carrier bags; |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | backpacks; handbags; traveling bags; vanity cases sold empty; clutch bags of leather; traveling sets being luggage of leather; toiletry and make-up bags sold empty; leather boxes not being jewelry boxes; umbrellas; shoulder belts of leather in Class 018.<br><br>For: Clothing, namely, layettes, bibs not of paper, bath robes, bathing suits, shorts, belts, suspenders, blouses, cardigans, trousers, overalls, combinations, shirts, t-shirts, skirts, polo shirts, pullovers, vests, dresses, coats, tailleurs, parkas, overcoats, blousons, jackets, underwear, furs being clothing, wedding dresses, gloves, mittens, scarves, stoles, sashes for wear, shawls, neckties, collars, caps, hats, visors, hosiery, men's suits, ponchos, raincoats, socks, tights, leggings, pajamas, tracksuits, cuffs, and bedroom slippers; footwear; beach, ski, and sports footwear; boots; ankle boots; sandals; pumps being footwear; esparto shoes and sandals; headbands; headwear; headgear being knitted caps; clothing for sports, namely, shorts and shirts; clothing for children, namely, hats, shorts, dresses, and shoes in Class 025. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 3,002,132 |  | September 27, 2005 | For: Jewelry; jewelry chains; charms, medals; pins being jewelry in Class 014. |
| 2,790,589 |  | December 9, 2003 | For: Optical apparatus and instruments, namely, spectacles, sunglasses in Class 009.<br><br>For: Precious metals in general and their alloys sold in bulk; precious metals and their alloys sold at retail; jewelry, charms, medals in Class 014.<br><br>For: Clothing for use by men, namely, blousons; boxer shorts; cardigans; neckties; neckwear; pants; pullovers; scarves; shirts; shorts; sweat shorts; sport shirts; sweatshirts; sweaters; t-shirts; trousers in Class 025. |
| 4,541,171 |  | June 3, 2014 | Spectacles being optics; optical goods, namely, spectacles, sunglasses, anti-glare goggles for use in sports, sports eyewear, spectacle cases; telephone peripherals, namely, cases, telephone earphones and microphones in Class 009.<br><br>Jewelry; precious and semi-precious stones and imitations thereof, timepieces and chronometric instruments, precious metals and alloys |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | thereof; works of art of precious metal; jewelry cases of precious metal; boxes of precious metal; watch cases, bracelets, chains, springs or glasses; key rings being trinkets or fobs of precious metal; cases or presentation cases, namely, boxes for timepieces; medals; charms; earrings made of precious metals in Class 014.<br><br>Leather and imitations of leather; trunks and suitcases; [ umbrellas, parasols and walking sticks; ] wallets; purses, namely, coin purses; handbags, backpacks, wheeled bags; bags for climbers and campers in the nature of all-purpose carrying bags; travel bags, beach bags, school bags; card cases being wallets; vanity cases sold empty; key cases as leather goods; textile bags or mesh bags for shopping; bags or small bags, namely, envelopes, pouches of leather for packaging in Class 018.<br><br>Clothing, namely, t-shirts, blouses, jeans, pants, socks, shorts, underwear, shirts, neckties, sweaters, pullovers, skirts, trousers, coats, jackets, rainproof jackets and coats, scarves, waistcoats, ski suits, swimming costumes; headgear, namely, hats, caps; leather or imitation leather clothing, namely, pants, dresses, skirts, trousers, coats, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | jackets, gloves; belts being clothing; fur coats; gloves being clothing in Class 025. |
| 4,853,081 |  | November 17, 2015 | Spectacles; optical goods, namely, sunglasses, anti-glare goggles for use in sports, sport eyewear, optical lenses and glasses; spectacle frames; spectacle cases; portable telephones; telephone apparatus, namely, cases, telephone earphones and microphones; chains for spectacles in Class 009.<br><br>Jewelry; precious and semi-precious stones and imitations thereof; timepieces and chronometric instruments, precious metals and alloys thereof; works of art of precious metal; jewelry cases; boxes of precious metal; watch cases, bracelets, chains, springs and glasses for watches; key rings trinkets and fobs of precious metals; statues, figurines and statuettes of precious metals; cases and presentation cases for timepieces; medals; charms; buckles of precious metal for jewelry in Class 014.<br><br>Leather and imitation leather; animal skins, pelts and hides; trunks and suitcases; umbrellas, parasols; wallets; coin purses; handbags; backpacks; wheeled bags; all-purpose carrying bags; travel bags, beach bags, school bags; business card cases; unfitted |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | vanity cases; key cases; textile and mesh bags for shopping; bags and small bags in the nature of envelopes and pouches of leather for packaging; envelopes and pouches of leather for packaging in Class 018. Clothing, namely, shirts, pants, jackets, socks, underwear, pull-overs, skirts, dresses, coats; footwear; headwear, namely, hats, caps; leather clothing, namely, jackets, coats, dresses, skirts, pants, hats, gloves; belts; furs, namely, fur coats, fur jackets, fur hats, fur stoles; gloves; scarves; neckties; hosiery; socks; bedroom slippers; beach, ski and sports footwear; underwear in Class 025. |

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Dior's previously granted Motion for Entry of a Temporary Restraining Order establishes that Dior has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Dior will suffer irreparable harm if the injunction is not granted. Specifically, Dior has proved a *prima facie* case of trademark infringement because (1) the CHRISTIAN DIOR Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2)

Defendants are not licensed or authorized to use any of the CHRISTIAN DIOR Trademarks, and (3) Defendants' use of the CHRISTIAN DIOR Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Dior. Furthermore, Defendants' continued and unauthorized use of the CHRISTIAN DIOR Trademarks irreparably harms Dior through diminished goodwill and brand confidence, damage to Dior's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Dior has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

   a. using the CHRISTIAN DIOR Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Dior product or not authorized by Dior to be sold in connection with the CHRISTIAN DIOR Trademarks;

   b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Dior Copyrighted Designs in any manner without the express authorization of Dior;

   c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Dior product or any other product produced by Dior, that is not Dior's or not produced under the authorization, control or supervision of Dior and approved by Dior for sale under the CHRISTIAN DIOR Trademarks and/or the Dior Copyrighted Designs;

    d.   committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Dior, or are sponsored by, approved by, or otherwise connected with Dior;

    e.   further infringing the CHRISTIAN DIOR Trademarks and/or the Dior Copyrighted Designs and damaging Dior's goodwill; and

    f.   manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Dior, nor authorized by Dior to be sold or offered for sale, and which bear any of Dior's trademarks, including the CHRISTIAN DIOR Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Dior Copyrighted Designs.

2.    The domain name registries for the Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within ten (10) business days of receipt of this Order, shall, at Dior's choosing:

    a.   unlock and change the registrar of record for the Domain Names to a registrar of Dior's selection until further ordered by this Court; or

    b.   disable the Domain Names and make them inactive and untransferable until further ordered by this Court.

3.    The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within ten (10) business days of receipt of this Order, shall take any steps necessary to transfer the Domain Names to a registrar account of Dior's

selection so that the Domain Names can be redirected or disabled until further ordered by this Court.

4.  Upon Dior's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Online Marketplaces and Domain Names, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon. com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate, (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, provide to Dior expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a.  the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, and all associated e-mail addresses;

b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces, Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces and Domain Names; and

c.  any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay,

Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5.  Upon Dior's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 4, shall, within ten (10) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the CHRISTIAN DIOR Trademarks and/or which bear the Dior Copyrighted Designs.

6.  Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7.  Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within ten (10) business days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants, the Seller Aliases, Online Marketplaces and Domain Names, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8.  Dior is authorized to issue expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, related to:

    a.  the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them,

including all known contact information, including any and all associated e-mail addresses; and

b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces, Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces and Domain Names.

Dior is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within ten (10) business days of being served via e-mail.

9.    Dior may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website to which the Domain Names which are transferred to Dior's control will redirect, or by sending an e-mail with a link to said website to the Defendants. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

10.   Schedule A to the Complaint [2], Exhibits 5 and 6 to the Declaration of Nicolas Lambert [13], [14], and the TRO are unsealed.

17

11. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

12.     The $10,000 bond posted by Dior shall remain with the Court until a Final disposition of

this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

Dated:  November 2, 2021

_____

Gary Feinerman
United States District Judge

**Christian Dior Couture, S.A. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-05133**

# Schedule A

| No | URL | Name / Seller Alias |
|----|-----|---------------------|
| | **Defendant Online Marketplaces** | |
| 1 | firstmadam.en.alibaba | Fuzhou Ponerine Global Trade Co., Ltd. |
| 2 | galiyajewelry.en.alibaba | Guangzhou Galiya Jewelry Factory |
| 3 | mangoo.en.alibaba | Yiwu Maimang Jewelry Co., Ltd. |
| 4 | aliexpress.com/store/1048071 | Yi Han BaBy Shop |
| 5 | aliexpress.com/store/1298499 | Shop1298499 Store |
| 6 | aliexpress.com/store/1821116 | K&L Drop shopping Store |
| 7 | aliexpress.com/store/2495023 | JGSHOWKITO Official Store |
| 8 | aliexpress.com/store/2662122 | Bickmods Official Store |
| 9 | aliexpress.com/store/2882013 | OOPSMILE Store |
| 10 | aliexpress.com/store/2959037 | Z-C-H-Leisure Apparel Store |
| 11 | aliexpress.com/store/3088066 | Verlena Official Store |
| 12 | aliexpress.com/store/3240031 | easierbaby01 Store |
| 13 | aliexpress.com/store/3509022 | CUBUSE BABY Store |
| 14 | aliexpress.com/store/3892049 | JESBOOW Official Store |
| 15 | aliexpress.com/store/4488138 | MOONBIFFY jewelryFun-888 Store |
| 16 | aliexpress.com/store/4661130 | Shop4661130 Store |
| 17 | aliexpress.com/store/4713042 | Terry Store |
| 18 | aliexpress.com/store/4967063 | Handsome&Baby Store |
| 19 | aliexpress.com/store/5018042 | Z-888888 Store |
| 20 | aliexpress.com/store/5100147 | LPEJLHY Store |
| 21 | aliexpress.com/store/5121115 | Shop5121115 Store |
| 22 | aliexpress.com/store/5139057 | The North Pole Lass Official Store |
| 23 | aliexpress.com/store/5260205 | Shop5260205 Store |
| 24 | aliexpress.com/store/5261207 | Yu Shen Store |
| 25 | aliexpress.com/store/5439305 | ZXRGOZHU Official Store |
| 26 | aliexpress.com/store/5441016 | Kingbc Store |
| 27 | aliexpress.com/store/5494150 | Children Footwear Store |
| 28 | aliexpress.com/store/5514083 | Shop5514083 Store |
| 29 | aliexpress.com/store/5578058 | TITAME Store |
| 30 | aliexpress.com/store/5593033 | Spider Electron Store |
| 31 | aliexpress.com/store/5607112 | Shop5607112 Store |
| 32 | aliexpress.com/store/5657001 | Semalaya888 Store |
| 33 | aliexpress.com/store/5742007 | SHENCE Store |
| 34 | aliexpress.com/store/5789673 | Kalorzze yuanchenghong Store |
| 35 | aliexpress.com/store/5791048 | The global children's clothes Store |
| 36 | aliexpress.com/store/5794766 | xmyuelan Store |

| 37 | aliexpress.com/store/5795632 | Shop5795632 Store |
|----|------------------------------|-------------------|
| 38 | aliexpress.com/store/5835285 | Better-Island Store |
| 39 | aliexpress.com/store/5882582 | Shop5882582 Store |
| 40 | aliexpress.com/store/5892492 | Finded Store |
| 41 | aliexpress.com/store/629040 | JJ Women Blouses Store |
| 42 | aliexpress.com/store/900246106 | Shop900246106 Store |
| 43 | aliexpress.com/store/910315161 | ZIYOU RONGYAO Store |
| 44 | aliexpress.com/store/910331100 | Boutique menswear Store |
| 45 | aliexpress.com/store/910449207 | Cassiol Store |
| 46 | aliexpress.com/store/910554315 | Shop910554315 Store |
| 47 | aliexpress.com/store/910563069 | Shop910563069 |
| 48 | aliexpress.com/store/910728124 | Shop910728124 Store |
| 49 | aliexpress.com/store/910960038 | Wearable93 Store |
| 50 | aliexpress.com/store/911066061 | OneGuest Store |
| 51 | aliexpress.com/store/911103004 | SKtwo Store |
| 52 | aliexpress.com/store/911108295 | COZOK Meetingherat Store |
| 53 | aliexpress.com/store/911136278 | CNpeace Store |
| 54 | aliexpress.com/store/911183001 | Shop911183001 Store |
| 55 | aliexpress.com/store/911218004 | Shop911218004 Store |
| 56 | aliexpress.com/store/911334168 | Shop911334168 Store |
| 57 | aliexpress.com/store/911600911 | LB888 Store |
| 58 | aliexpress.com/store/911602372 | HBTianzi Store |
| 59 | aliexpress.com/store/911606086 | Chang ting Store |
| 60 | aliexpress.com/store/911612011 | Shop911612011 Store |
| 61 | aliexpress.com/store/911658296 | OnTheWay Store |
| 62 | aliexpress.com/store/911665085 | Wheat Brooch Store |
| 63 | aliexpress.com/store/911728109 | 2021haoyun Store |
| 64 | aliexpress.com/store/911746636 | yrhzpsh Store |
| 65 | aliexpress.com/store/911755157 | Dazzin Store |
| 66 | aliexpress.com/store/911757006 | Lilys Store |
| 67 | aliexpress.com/store/911769778 | Upsport Store |
| 68 | aliexpress.com/store/911772283 | KKSLJ Store |
| 69 | aliexpress.com/store/911795860 | letianf888 Store |
| 70 | aliexpress.com/store/911825532 | Mr. Wu shop Store |
| 71 | aliexpress.com/store/911830306 | karsha Store |
| 72 | aliexpress.com/store/911840315 | WTIANYUW Store |
| 73 | aliexpress.com/store/911871084 | 666bags666 Store |
| 74 | aliexpress.com/store/911874055 | huakaifugui Store |
| 75 | aliexpress.com/store/911875017 | Filsika Store |
| 76 | aliexpress.com/store/911878352 | BHY-twinkle Store |
| 77 | aliexpress.com/store/911924004 | Ollymurs theshyp788 Store |
| 78 | aliexpress.com/store/911930671 | MJ Mandy Store |

| 79 | aliexpress.com/store/911931274 | Online Boutique Discount Store |
| 80 | aliexpress.com/store/911931786 | beijiaqi Store |
| 81 | aliexpress.com/store/911935756 | beijiaqi001 Store |
| 82 | aliexpress.com/store/911935987 | Ningmeng-2 Store |
| 83 | aliexpress.com/store/911940853 | beijiaqi002 Store |
| 84 | aliexpress.com/store/911942701 | cystal0926 Store |
| 85 | aliexpress.com/store/911953017 | xingxingmhk Store |
| 86 | aliexpress.com/store/911971153 | INGYM Store |
| 87 | aliexpress.com/store/912007070 | pagb&bpga Store |
| 88 | aliexpress.com/store/912009046 | 1541508847 Store |
| 89 | aliexpress.com/store/912017290 | FuShunLai purse Store |
| 90 | aliexpress.com/store/912018465 | Beautiful with me Store |
| 91 | aliexpress.com/store/912020013 | cylxj Store |
| 92 | aliexpress.com/store/912022496 | BeZeia Assessary Store |
| 93 | aliexpress.com/store/912029275 | Ownow Store |
| 94 | aliexpress.com/store/912031171 | ZSMYSAA Official Store |
| 95 | aliexpress.com/store/912059479 | ATUMN 01 Store |
| 96 | aliexpress.com/store/912060200 | UVRCOS Yasuk Store |
| 97 | aliexpress.com/store/912063137 | Timo007 Store |
| 98 | aliexpress.com/store/912063293 | Bag and Me Store |
| 99 | aliexpress.com/store/912063712 | We are a shoe factory Store |
| 100 | aliexpress.com/store/912072197 | yuanzhu520 Store |
| 101 | aliexpress.com/store/912073175 | yixiangfeng222 Store |
| 102 | aliexpress.com/store/912117128 | yi nian Store |
| 103 | aliexpress.com/store/912119009 | qq999iii99 Store |
| 104 | aliexpress.com/store/912132014 | SODO Store |
| 105 | aliexpress.com/store/912135032 | SR XIUYUN Store |
| 106 | aliexpress.com/store/912140237 | 8613779951581 Store |
| 107 | aliexpress.com/store/912143106 | JingTengYouPin Store |
| 108 | aliexpress.com/store/912146182 | Azptanem2021 Store |
| 109 | aliexpress.com/store/912155508 | your RR 07 Store |
| 110 | aliexpress.com/store/912162077 | Gtyo Store |
| 111 | aliexpress.com/store/912174348 | QXi Mao Yi Store |
| 112 | aliexpress.com/store/912174392 | XiaoHu(Offer Drop Shipping) Store |
| 113 | aliexpress.com/store/912175921 | SHIDASHU Store |
| 114 | aliexpress.com/store/912178746 | hxn 115 Store |
| 115 | aliexpress.com/store/912178921 | 418418 Store |
| 116 | aliexpress.com/store/912181370 | PalmAngels 456 Store |
| 117 | aliexpress.com/store/912183282 | ERGHER Store |
| 118 | aliexpress.com/store/912183369 | QXMYi Store |
| 119 | aliexpress.com/store/912183411 | TLOFEDI Store |
| 120 | aliexpress.com/store/912185022 | Fan Yang Store |

| 121 | aliexpress.com/store/912186360 | cloakroom0414 Store |
|-----|-------------------------------|---------------------|
| 122 | aliexpress.com/store/912186371 | weiweiwei Store |
| 123 | aliexpress.com/store/912186755 | hongqi520 Store |
| 124 | aliexpress.com/store/912186914 | BP Bags Store |
| 125 | aliexpress.com/store/912187302 | QuanXi Store |
| 126 | aliexpress.com/store/912189429 | XUMANJU Store |
| 127 | aliexpress.com/store/912189807 | AB handbag Store |
| 128 | aliexpress.com/store/912193506 | huangc215 Store |
| 129 | aliexpress.com/store/912200089 | Neerpio Store |
| 130 | aliexpress.com/store/912202053 | laowu001 Store |
| 131 | aliexpress.com/store/912207015 | Yu Tian Store |
| 132 | aliexpress.com/store/912215083 | SHEIM Store |
| 133 | aliexpress.com/store/912217325 | Anjieiun Store |
| 134 | aliexpress.com/store/912225026 | Is A Shoe Store |
| 135 | aliexpress.com/store/912247259 | High quality women's shoe Store |
| 136 | aliexpress.com/store/912248230 | BAOBAOSHIJIA Store |
| 137 | aliexpress.com/store/912251323 | Baby MuMu Store |
| 138 | aliexpress.com/store/912256066 | you loving Store |
| 139 | aliexpress.com/store/912256941 | JialihuaJewelry Store |
| 140 | aliexpress.com/store/912257435 | Yuppie man Store |
| 141 | aliexpress.com/store/912260843 | The Girl Shoe Store |
| 142 | aliexpress.com/store/912260993 | HX-Shoe Store |
| 143 | aliexpress.com/store/912262243 | DWB 1997 Store |
| 144 | aliexpress.com/store/912262573 | jpxd Store |
| 145 | aliexpress.com/store/912263800 | yh004haodian Store |
| 146 | aliexpress.com/store/912264676 | 099 Store |
| 147 | aliexpress.com/store/912266478 | BB BAG Store |
| 148 | aliexpress.com/store/912267654 | shop3143534654 Store |
| 149 | aliexpress.com/store/912267751 | Mon handbags Store |
| 150 | aliexpress.com/store/912268054 | Lao Fo Ye Store |
| 151 | aliexpress.com/store/912269191 | 678 apparel Store |
| 152 | aliexpress.com/store/912270327 | Individuality bag Store |
| 153 | aliexpress.com/store/912271633 | Bestshop 8618529340202 Store |
| 154 | aliexpress.com/store/912271870 | High-end Shirt Store |
| 155 | aliexpress.com/store/912272162 | Prettybeauty Store |
| 156 | aliexpress.com/store/912272911 | T-ZERO Store |
| 157 | aliexpress.com/store/912277038 | xiaoAA Store |
| 158 | aliexpress.com/store/912299043 | dfdgfd Store |
| 159 | aliexpress.com/store/912311055 | All joyy Store |
| 160 | aliexpress.com/store/912319116 | aoyingmaoyi Store |
| 161 | aliexpress.com/store/912320164 | Tea is small Store |
| 162 | aliexpress.com/store/912323315 | MURALON BAGS Store |

| 163 | aliexpress.com/store/912328023 | ZHANGUUI Store |
|---|---|---|
| 164 | aliexpress.com/store/912341128 | QingTian Bag Store |
| 165 | aliexpress.com/store/912343495 | Somnr18 Store |
| 166 | aliexpress.com/store/912346060 | goodqualityproduct Store |
| 167 | aliexpress.com/store/912348962 | MOQO Store |
| 168 | aliexpress.com/store/912349523 | Icanone Store |
| 169 | aliexpress.com/store/912352204 | Row Anime Store |
| 170 | aliexpress.com/store/912352789 | WSNYYDS Store |
| 171 | aliexpress.com/store/912353920 | the-best-quality Store |
| 172 | aliexpress.com/store/912354337 | shop 20170109 Store |
| 173 | aliexpress.com/store/912369310 | Dear's bags Store |
| 174 | aliexpress.com/store/912369447 | GEWEN Store |
| 175 | aliexpress.com/store/912371589 | RongHong Store |
| 176 | aliexpress.com/store/912395022 | DDD666 Store |
| 177 | amazon.com/sp?seller=A1R7JBM3IBYF54 | Xing Qin |
| 178 | amazon.com/sp?seller=A1UUP6Q2BL3FHH | Fkama |
| 179 | amazon.com/sp?seller=A2IT8EZSQDD9FP | TRKLUY& |
| 180 | amazon.com/sp?seller=A2KFTLWTKNQ6LO | TYUOTT |
| 181 | amazon.com/sp?seller=A3VKGGS5QCA34L | YIYIshangmao |
| 182 | dhgate.com/store/21587598 | hstkcc |
| 183 | dhgate.com/store/21707357 | xinyunsings |
| 184 | instagram.com/abagseller_closet | abagseller_closet |
| 185 | instagram.com/chaopinhouse3/ | chaopinhouse3 |
| 186 | instagram.com/holydupes/ | holydupes |
| 187 | instagram.com/best_dupes2021/ | best_dupes2021 |

| Defendant Domain Names | | |
|---|---|---|
| **No** | **URL** | **Name / Seller Alias** |
| 1 | brandbagstore.org | brandbagstore.org |
| 2 | qualitybag.vip | qualitybag.vip |
| 3 | wrgbsale.com | wrgbsale.com |
| 4 | ctbbsale.com | ctbbsale.com |
| 5 | htdgsale.com | htdgsale.com |
| 6 | lqbssale.com | lqbssale.com |
| 7 | yjzgsale.com | yjzgsale.com |
| 8 | xfgbsale.com | xfgbsale.com |
| 9 | zeefsale.com | zeefsale.com |
| 10 | channelvonlineparadise.com | channelvonlineparadise.com |
| 11 | faymsale.com | faymsale.com |
| 12 | luxebagsdirectonlineshop.com | luxebagsdirectonlineshop.com |
| 13 | luxedirect.net | luxedirect.net |
| 14 | luxedirectonlineshop.com | luxedirectonlineshop.com |

| 15 | luxedirectph.com | luxedirectph.com |
|----|------------------|------------------|
| 16 | luxeflyshopper.com | luxeflyshopper.com |
| 17 | suppurses.com | suppurses.com |
| 18 | designershoes.xyz | designershoes.xyz |
| 19 | worldleatherdesign.com | worldleatherdesign.com |
| 20 | shopiluxefashions.net | shopiluxefashions.net |
| 21 | suppurse.vip | suppurse.vip |
| 22 | mandybrands-01.com | mandybrands-01.com |
| 23 | myhandbaggmall.com | myhandbaggmall.com |
| 24 | gtkdsale.com | gtkdsale.com |
| 25 | qiwcsale.com | qiwcsale.com |
| 26 | luxurysll.com | luxurysll.com |
| 27 | thefashionistastyle.com | thefashionistastyle.com |
| 28 | ywhgsp.com | ywhgsp.com |
| 29 | twotoseven.shop | twotoseven.shop |
| 30 | louissells.com | louissells.com |
| 31 | phyllisbag.com | phyllisbag.com |
| 32 | bezalelemporium.com | bezalelemporium.com |
| 33 | thefashionxpress.com | thefashionxpress.com |
| 34 | womymoda.com | womymoda.com |
| 35 | myluxurybag.net | myluxurybag.net |
| 36 | diormizza.com | diormizza.com |
| 37 | lvgus.com | lvgus.com |
| 38 | amzreps.com | amzreps.com |
| 39 | brandstylees.com | brandstylees.com |
| 40 | manyluxury.com | manyluxury.com |
| 41 | dcbaground.com | dcbaground.com |
| 42 | everydesigners.ru | everydesigners.ru |
| 43 | getfashion24.com | getfashion24.com |
| 44 | luxbag.top | luxbag.top |
| 45 | luxoux.com | luxoux.com |
| 46 | luxurybrandtop.com | luxurybrandtop.com |
| 47 | luxury-dupes.co | luxury-dupes.co |
| 48 | nanabag.com | nanabag.com |
| 49 | obxob.com | obxob.com |
| 50 | proluxuries.com | proluxuries.com |
| 51 | richluxuries.com | richluxuries.com |
| 52 | sellhot.store | sellhot.store |
| 53 | top-luxuryshops.com | top-luxuryshops.com |
| 54 | wereplica.ru | wereplica.ru |
| 55 | xrepbag.com | xrepbag.com |